

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LYNDA HUNTZINGER,<br>             Plaintiff, | CIVIL ACTION |
| v. | NO. 11-6510 |
| MICHAEL J. ASTRUE,<br>COMMISSIONER,<br>             Defendant. | |

FILED
OCT 23 2012
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

## ORDER

AND NOW, this 22nd day of October, 2012, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Dkt. No. 7) filed February 2, 2012; upon consideration of Defendant's Response to Request for Review of Plaintiff (Dkt. No. 10) filed April 5, 2012; upon consideration of Plaintiff's Response in Support of her Motion (Dkt. No. 11) filed April 11, 2012; and after review of the Report and Recommendation of United States Magistrate Judge Henry S. Perkin, IT IS ORDERED that:

       1.    the Report and Recommendation is **APPROVED** and **ADOPTED**;

       2.    the relief sought by Plaintiff is **GRANTED** in part;

       3.    the case is **REMANDED** to the Commissioner in accordance with the fourth sentence of 42 U.S.C. § 405(g) in accordance with the Report and Recommendation;

       4.    in all other respects, Plaintiff's request for

relief is **DENIED**; and

      5.      the Clerk of Court shall **CLOSE** this matter statistically.

BY THE COURT:

_____
R. BARCLAY SURRICK,
United States District Judge

*Copied to B. Arnold*
*M. Hutchinson*
*E. Giusti*
*10/23/12*

```
*************-COMM. JOURNAL- ******************* DATE OCT-23-2012 ***** TIME 12:00 **********

            MODE = MEMORY TRANSMISSION           START=OCT-23 11:56    END=OCT-23 12:00

            FILE NO.=646

    STN NO.   COMM.    ABBR NO.   STATION NAME/TEL NO.   PAGES    DURATION

     001      OK         a         16106444479          003/003   00:00:56
     002      OK         a         2158618618           003/003   00:00:28
     003      OK         a         2155974662           003/003   00:00:26


                                                    -JUDGE R. BARCLAY SURRICK -

*************************************** -       - ***** -            - **********
```

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA
8614 UNITED STATES COURTHOUSE
INDEPENDENCE MALL WEST
SIXTH AND MARKET STREETS
PHILADELPHIA, PENNSYLVANIA 19106-1741

*Chambers of*
*R. BARCLAY SURRICK*
*United States District Judge*

(267) 299-7630

October 23, 2012

To:    **Beth Arnold, Esquire**
       BINDER & BINDER
       526 Hamilton Road
       Merion, Pennsylvania 19066
       Email: fedcourt@binderandbinder.com
       Fax: 610-664-4479

       **Margaret L. Hutchinson, AUSA**
       UNITED STATES ATTORNEY'S OFFICE
       Suite 1250, 615 Chestnut Street
       Philadelphia, Pennsylvania 19106
       Fax: 215-861-8618

       **Eda Giusti, SAUSA**
       **Office of General Counsel**
       SOCIAL SECURITY ADMINISTRATION
       P. O. Box 41777
       Philadelphia, Pennsylvania 19101
       Fax: 215-597-4662

Re:    *Lynda Huntzinger v. Michael J. Astrue., SSA*
       *Civil Action No. 11-6510*

       **Memo:** Order of the Court to follow.

       **Via Fax:** Three (3) pages transmitted to include this cover page.